FLORENCE J. MOORE, appellant,

*v.*

VENTNOR GARDENS, INCORPORATED, et al., respondents.

[Decided October 19th, 1931.]

*Messrs. Thompson & Hanstein,* for the appellant.

*Mr. John D. McMullen, Mr. Herbert R. Voorhees, Mr. Harvey F. Carr* and *Mr. Joseph B. Perskie,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *105 N. J. Eq. 730.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.